QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP  **JS-6**
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Justin C. Griffin (Bar No. 234675)
justingriffin@quinnemanuel.com
A.J. Bedel (Bar No. 243603)
ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SATELLITE SOLUTIONS NETWORK, INC.; a Florida corporation; WILLIAM SMITH, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV-09-04785 VBF (PLAx)<br><br>ORDER RE: DISMISSAL OF ACTION AGAINST DEFENDANTS<br><br>Judge:  The Hon. Valerie Baker Fairbank |

22821/3092136.1

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the terms of a confidential settlement agreement between DIRECTV and Defendants Satellite Solutions Network, Inc. and William Smith, DIRECTV's claims in the above captioned action against Satellite Solutions Network, Inc. and William Smith are dismissed with prejudice; and

2. The Court shall retain jurisdiction over DIRECTV, Satellite Solutions Network, Inc. and William Smith to enforce the terms of the confidential settlement agreement.

DATED: September 9, 2009

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
United States District Court Judge

22821/3092136.1